IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**JAMES FINLEY**                                                                               **PLAINTIFF**

vs.                                                 Case No. 3:14-cv-1041

**X-CHEM., LLC. and TERRA SERVICES, LLC.**                **DEFENDANTS**

## NOTICE OF SETTLEMENT

COMES now Plaintiff James Finley, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, and for his Notice of Settlement, does hereby state and allege as follows:

1. Defendants' Answers are due today, April 29, 2014.

2. However, Plaintiff and Defendants have reached a tentative settlement agreement.

3. Because a settlement agreement has been reached, Defendants will not be filing an Answer.

4. Plaintiff will submit closing documents after the Parties reach agreement on the terms of the final settlement and release agreement, which the Parties intend to reduce to writing.

Respectfully submitted,

**PLAINTIFF JAMES FINLEY**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 110
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

By:  /s/ Josh Sanford
    Josh Sanford
    Texas. Bar No. 24077858
    josh@sanfordlawfirm.com

### CERTIFICATE OF SERVICE

I, Josh Sanford, certify that the foregoing NOTICE was sent to the following attorneys for Defendants via email on April 29, 2014:

Janice S. Parker, Esq.
jparker@myerslawllp.com
Angella Myers, Esq.
amyers@myerslawllp.com
The Myers Law Group, LLP
8144 Walnut Hill Lane, Suite 390
Dallas, Texas 75231
972-781-2400
972-781-2401 (fax)

/s/ Josh Sanford
Josh Sanford